No. 78–6439. HAMPTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–6086. PENDLETON v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE BLACKMUN would grant certiorari.

No. 77–1255. ANDERS, SOLICITOR OF RICHLAND COUNTY v. FLOYD, 440 U. S. 445; and

No. 78–956. COVEN v. SECURITIES AND EXCHANGE COMMISSION, 440 U. S. 950. Petitions for rehearing denied.

No. 78–5645. GAUTAM v. FIRST NATIONAL CITY BANK, 440 U. S. 919. Motion for leave to file petition for rehearing denied.

APRIL 25, 1979

No. A–887. LOUISVILLE & NASHVILLE RAILROAD CO. v. SULLIVAN, ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION, ET AL. The document captioned "Application for an order continuing the injunction granted by a panel of the United States Court of Appeals for the District of Columbia Circuit but vacated by that Court *en banc,* pending the timely filing of a petition for writ of certiorari and its consideration by this Court" was presented to THE CHIEF JUSTICE and by him referred to the Court. Treating the papers as an application for a stay, pending the timely filing and disposition of a petition for a writ of certiorari, the application is denied. MR. JUSTICE STEVENS would grant the stay.

APRIL 30, 1979

No. 78–1433. CHUBB v. PENNSYLVANIA. Appeal from Super. Ct. Pa. dismissed for want of substantial federal question.